IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lopata, Jason E

Printed: 5/6/08

Case Number: 07 B 19529
Judge: Hollis, Pamela S
Filed: 10/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: May 1, 2008
Confirmed: January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,280.00 |  |
| Secured: |  | 1,210.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 69.12 |
| Other Funds: |  | 0.00 |
| Totals: | 1,280.00 | 1,280.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 12,893.65 | 1,210.88 |
| 3. | Resurgent Capital Services | Unsecured | 2,545.80 | 0.00 |
| 4. | American Express Centurion | Unsecured | 4,151.90 | 0.00 |
| 5. | American Express Centurion | Unsecured | 3,254.63 | 0.00 |
| 6. | Sallie Mae | Unsecured | 16,479.92 | 0.00 |
| 7. | Capital One | Unsecured | 336.77 | 0.00 |
| 8. | Sallie Mae | Unsecured | 1,338.72 | 0.00 |
| 9. | B-Real LLC | Unsecured | 6,490.67 | 0.00 |
| 10. | Chase Automotive Finance | Unsecured | 9.84 | 0.00 |
| 11. | Illinois Institute Of Technology | Unsecured | 294.87 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 2,355.23 | 0.00 |
| 13. | Aurora Loan Service | Secured |  | No Claim Filed |
| 14. | Chicago Pain Management Group | Unsecured |  | No Claim Filed |
| 15. | Advanced Call Center Technologies | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,152.00 | $ 1,210.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 69.12 |
|  | $ 69.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lopata, Jason E

Printed: 5/6/08

Case Number: 07 B 19529
Judge: Hollis, Pamela S
Filed: 10/22/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

